UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Shirley K. Warren, Joseph W. Warren,

        Plaintiffs,

                                              Civil No. 03-5593 (RHK/AJB)

vs.

                                                  **ORDER**

Bradley J. Erickson, M.D.,

        Defendant.

_____

Defendant's Motion to Strike Plaintiffs' Reply Brief (Doc. No. 101) is **DENIED**; and

Defendant's Motion for Leave to File Surreply (Doc. No. 101) is **GRANTED.**

Dated: November 10, 2005

                                                               s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge